**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CR-170-GMN (CWH) |
| | ) | |
| WILLIE COLEMAN | ) | |
| aka Dwain Anderson, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on September 13, 2011, defendant WILLIE COLEMAN aka Dwain Anderson pled guilty to Count One of a One-Count Criminal Indictment charging him with Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1); and Title 18, United States Code, Section 924(a)(2).  Docket #1, #17, #18.

This Court finds defendant WILLIE COLEMAN aka Dwain Anderson agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and Plea Memorandum. #1, #17.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and Plea Memorandum and the offense to which defendant WILLIE COLEMAN aka Dwain Anderson pled guilty.

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code,

2  Section 924(d) and Title 28, United States Code, Section 2461(c):

3       a.     a Ruger, New Model Blackhawk, .357-caliber revolver, serial number 33-52207; and

4       b.     any and all ammunition ("property").

5  This Court finds the United States of America is now entitled to, and should, reduce the

6  aforementioned property to the possession of the United States of America.

7  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

8  United States of America should seize the aforementioned property.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest

10  of WILLIE COLEMAN aka Dwain Anderson in the aforementioned property is forfeited and is

11  vested in the United States of America and shall be safely held by the United States of America until

12  further order of the Court.

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

14  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

15  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

16  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

17  the name and contact information for the government attorney to be served with the petition,

18  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

20  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

22  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

23  following address at the time of filing:

24  . . .

25  . . .

26  . . .

MICHAEL A. HUMPHREYS
Assistant United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

following publication of notice of seizure and intent to administratively forfeit the above-described

property.

**DATED** this 29th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge